*MHN*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an atto
standing of this Court's general bar or be granted le
by Local Rules 83.12 through 83.14.

## 08CV1150
## JUDGE DOW
## MAG.JUDGE SCHENKIER

In the Matter of

WILFRED C. MORRISON, Plaintiff

v.

MERRILL LYNCH PIERCE FENNER & SMITH, INC.,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

# F I L E D
2-25-2008
FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Linda D. Friedman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Linda D. Friedman | |
| FIRM<br>Stowell & Friedman, Ltd. | |
| STREET ADDRESS<br>312 South Plymouth Court, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06190092 | TELEPHONE NUMBER<br>312-431-0888 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐