MHW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

**08CV1150**
**JUDGE DOW**
**MAG. JUDGE SCHENKIER**

In the Matter of
WILFRED C. MORRISON, Plaintiff
v.
MERRILL LYNCH PIERCE FENNER & SMITH, INC.,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

FILED
2-25-2008
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) | |
|---|---|
| Suzanne E. Bish | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Suzanne E. Bish | |
| FIRM | |
| Stowell & Friedman, Ltd. | |
| STREET ADDRESS | |
| 312 South Plymouth Court, Suite 1400 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06242534 | 312-431-0888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |