IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILFRED MORRISON, et al., | ) | |
| | ) | **Case No. 08 CV 1150** |
| | ) | |
| | ) | **Hon. Robert M. Dow** |
| Plaintiff, | ) | **Magistrate Judge Schenkier** |
| | ) | |
| v. | ) | **Presented Before** |
| | ) | |
| MERRILL LYNCH, PIERCE, FENNER | ) | **Hon. Robert Gettleman** |
| & SMITH INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on April 23, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the parties will appear before the Honorable Robert Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Agreed Motion for Reassignment for Relatedness.

                        Respectfully submitted,

                        STOWELL & FRIEDMAN, LTD.

                        By:
                             /s/ Suzanne E. Bish

Electronically filed on April 18, 2008

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352214-1

**CERTIFICATE OF SERVICE**

      I, Suzanne E. Bish, an attorney, hereby certify that on April 18, 2008, I caused a true and correct copy of attached Notice of Motion re: *Plaintiff's Agreed Motion for Reassignment for Relatedness* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Salvatore Romanello | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600 |
| New York, NY 10153 | fax: (312) 701-7711 |
| phone: (212) 310-8000 | llightfoot@mayerbrownrowe.com |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

                                          /s/ Suzanne E. Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352214-1