# United States District Court
# Northern District of Illinois

*MHW*

In the Matter of

Wilfred Morrison

v.

Merrill Lynch Pierce Fenner & Smith

Case No. 08 C 1150

Designated Magistrate Judge
Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Blanche M. Manning** to be related to **05 C 6583** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Robert W. Gettleman

Dated: April 28, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR 2 9 2008

Finding of Relatedness (Rev. 9/99)