# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Wilfred Morrison

                         Plaintiff,

v.                                            Case No.: 1:08−cv−01150
                                                  Honorable Robert W. Gettleman

Merill Lynch, Pierce, Fenner & Smith, Incorporated

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: The pro hace vice applications [17][18][19] are amended on their face to reflect 7/7/2008 as the correct date signed by Judge Gettleman. Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.