## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1150 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Wilfred Morrison    vs    Merrill Lynch | | |

**DOCKET ENTRY TEXT:**

This casue is dismissed without prejudice with leave to reinstate after the class certification issues are decided.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|